IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| Roselia Soto Gamez | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:17-cv-00594-BPG |
| Friendly Ventures, Inc., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

The parties jointly move that the Court approve the attached settlement agreement (Ex. 1). In support of this Motion, the parties state as follows:

1. The parties conducted a full exchange of information, including payroll records, prior to engaging in settlement discussions.

2. The settlement agreement was reached in mediation before Magistrate Judge Beth P. Gesner on August 9, 2017. Each side was capably represented by experienced counsel.

3. The settlement agreement reached is reasonable and fair, considering the facts and issues in controversy. The Court is fully aware of the fact and legal issues, having presided over the settlement negotiations.

4. Additionally, the Court received detailed billing statements from Plaintiff's counsel and reviewed same, prior to the parties entering into this settlement agreement

|  |  |
|---|---|
| /S/ *[signature]* | Respectfully submitted, |
|  | /S/ (with permission) |
| Howard B. Hoffman, Esquire | Justin D. Zelikovitz, Esquire |
| 600 Jefferson Plaza, Suite 304 | DCWAGELAW |
| Rockville, MD 20852 | 519 H Street NW |
| 301-251-3753 Telephone | Washington, DC 2001 |
| 301-251-3753 Facsimile | 202-803-6083 Telephone |
| hbhoffmanesq@hoholaw.com | 202-683-6102 Facsimile |
|  | justin@dcwagelaw.com |
| Attorney for Defendant | Attorney for Plaintiff |

*Signed by Howard B. Hoffman with Permission of Justin Zelikovitz, Plaintiff's Counsel*

APPROVED:

_____        _____
Hon. Beth P. Gesner                                           Date
U.S. Magistrate Judge

2