IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| Roselia Soto Gamez | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:17-cv-00594-BPG |
| Friendly Ventures, Inc., et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*

## ORDER

AND NOW, this  15TH  day of  August , 20 17 upon consideration of Joint Motion to Approve Settlement Agreement, it is hereby ORDERED AND DECREED that the Joint Motion is GRANTED. Based on the representations by counsel set forth in the Joint Motion, the proposed Settlement Agreement represents a fair and reasonable compromise of the claims made in this case.

The Clerk of the Court shall dismiss this case upon the filing of a Notice of Dismissal, which shall be promptly filed following the final payment as provided in the parties' Settlement Agreement.

**SO ORDERED.**

_____
Hon. Beth P. Gesner
U.S. District Court for the
District of Maryland

cc:   Clerk of the Court
      Counsel (via ECF)